**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Michael Grabowski, II

Appellate case number:     01-18-00982-CV

Trial court case number:    16-FD-2689

Trial court:                         County Court at Law No. 1 of Galveston County

Relator, Michael Grabowski, II, has filed in this Court a petition for a writ of mandamus, which includes a request to stay implementation of the trial court's "Order on Motion to Disqualify Attorney." The request for a stay is **denied**.

It is so ORDERED.

Judge's signature:  ___/s/ Russell Lloyd__
                            ☒  Acting individually     ☐  Acting for the Court

Date:  _November 2, 2018_____